■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McMICHAEL, Appellant. [841 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Feldman, J.), imposed December 1, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Krausman, Lifson and Balkin, JJ., concur.